UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **JUNE 5, 2004**
**DeLaHoya/Sturm**, Program,

                            Plaintiff,

      -against-

REYES MORALES, Individually, and as officer,
director, shareholder and/or principal of MI
RANCHITO BAR & RESTAURANT INC. d/b/a MI
RANCHITO DELI a/k/a MI RANCHITO DELI
RESTAURANT, and MI RANCHITO BAR &
RESTAURANT INC. d/b/a MI RANCHITO DELI
a/k/a MI RANCHITO DELI RESTAURANT;

                            Defendant.
-------------------------------------------------------------

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 30 2005 ★

BROOKLYN OFFICE

~~PROPOSED~~ **DEFAULT JUDGMENT**
Civil Action No. CV-05-0064 (FB/KM)
Honorable Frederic Block

      The Summons and Complaint in this action having been duly served upon the Defendants, **REYES MORALES, Individually, and as officer, director, shareholder and/or principal of MI RANCHITO BAR & RESTAURANT INC. d/b/a MI RANCHITO DELI a/k/a MI RANCHITO DELI RESTAURANT, and MI RANCHITO BAR & RESTAURANT INC. d/b/a MI RANCHITO DELI a/k/a MI RANCHITO DELI RESTAURANT**, on February 18, 2005, and said Defendants having failed to plead or otherwise appear in this action,

      **NOW**, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

      **ORDERED AND ADJUDGED** that Garden City Boxing Club, Inc., the Plaintiff, does recover jointly and severally of **REYES MORALES, Individually/d.b.a. MI RANCHITO DELI**

    1) ~~under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)~~

DAMAGES, PLUS COSTS AND ATTORNEY FEES TO BE DETERMINED BY MJ MATSUMOTO AFTER A[1] HEARING OR INQUEST. MJ MATSUMOTO WILL THEN PREPARE A REPORT AND RECOMMENDATION AS TO HER FINDINGS.

2) ~~and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)~~

3) ~~and under 605(e)(3)(B)(iii) costs and Attorney fees of EIGHT HUNDERED FORTY ($840.00)~~

~~Against MI RANCHITO BAR & RESTAURANT INC. d/b/a MI RANCHITO DELI a/k/a MI RANCHITO DELI RESTAURANT,~~

1) ~~under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)~~

2) ~~and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)~~

3) ~~and under 605(e)(3)(B)(iii) costs and Attorney fees of EIGHT HUNDERED FORTY ($840.00),~~

~~together with interest on the award from the 4th day of June, 2004 through May 4, 2005 in the amount of $18,061.92, plus post-judgment interest as allowed by law.~~

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay and that Plaintiff is entitled to post-judgment interest at the legal rate until paid.

Dated:   6/7, 2005

                                                      **HONORABLE FREDERIC BLOCK**
                                                      United States District Judge