FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  OCT 13 2005  ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GARDEN CITY BOXING CLUB, INC., as
Broadcast Licensee of the June 5, 2004 De La
Hoya/Sturm Program,

                         Plaintiff,

   -against-

REYES MORALS, Individually, and as officer,
director, shareholder and/or principal of MI
RANCHITO BAR & RESTAURANT, INC.,
doing business as Mi Ranchito Deli, also
known as MI Ranchito Deli Restaurant, and MI
RANCHITO BAR & RESTAURANT, INC.,
doing business as Mi Ranchito Deli, also
known as Mi Ranchito Deli Restaurant,

                         Defendants.

-------------------------------------------------------------X

JUDGMENT
05-CV- 0064 (FB)

     A Memorandum and Order of Honorable Frederic Block, United States District

Judge, having been filed on October 12, 2005, adopting the Report and Recommendation of

Magistrate Judge Kiyo A. Matsumoto, dated August 18, 2005, without *de novo* review of the

record; and directing the Clerk of Court to enter a default judgment against defendants,

jointly and severally, in the amount of $13, 297.00, inclusive of basic and enhanced statutory

damages, attorney's fees of $1,000.00, and costs of $680.00, for a total of $14,977.00; and

ordering that this amount accrue interest at the rate of nine percent, pursuant to N.Y.C.P.L.R

§ 504 (McKinney 1992) from June 5, 2004 to the entry of judgment and, thereafter, that the

judgment accrue interest at the rate provided by law until paid; it is

JUDGMENT
05-CV- 0064 (FB)


ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted; and that judgment is hereby entered in favor of plaintiff, Garden City Boxing Club, Inc., as Broadcast Licensee of the June 5, 2004 De La Hoya/Sturm Program, and against defendants, Reyes Morales, Individually, and as officer, director, shareholder and/or principal of Mi Ranchito Bar & Restaurant, Inc., doing business as Mi Ranchito Deli, also known as Mi Ranchito Deli Restaurant, and Mi Ranchito Bar & Restaurant, Inc., doing business as Mi Ranchito Deli, also doing business as Mi Ranchito Deli, also known as Mi Ranchito Deli Restaurant, jointly and severally, in the amount of $13,297.00, inclusive of basic and enhanced statutory damages, attorney's fees of $1,000.00, and costs of $680.00, for a total award of $14,977.00; and that this amount accrue interest at the rate of nine percent, pursuant to N.Y.C.P.L.R § 5004 (McKinney 1992) from June 5, 2004 to the entry of judgment and, thereafter, that the judgment accrue interest at the rate provided by law until paid.


Dated: Brooklyn, New York
       October 12, 2005

                                        ROBERT C. HEINEMANN
                                        Clerk of Court